Opinion filed February 22, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed February 22, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00277-CV 

                                                    __________

 

                                          IN THE MATTER OF J.T.

 



 

                                  On
Appeal from the County Court at Law No. 3

 

                                                           Smith
 County, Texas

 

                                              Trial
Court Cause No. 003-0228-06

 



 

                                             M
E M O R A N D U M   O P I N I O N

This is an appeal from an order of discretionary
transfer of a juvenile matter to adult criminal court pursuant to Tex. Fam. Code Ann. ' 54.02 (Vernon 2002).  As the State contends, Tex. Fam. Code Ann. ' 56.01 (Vernon 2002) does not authorize a direct appeal from this type of
transfer order.  Any challenges to a
transfer order must be raised in the appeal from the conviction in criminal
court.  Carlson v. State, 151
S.W.3d 643, 644 n.1 (Tex. App.CEastland
2004, no pet.).

Therefore, this appeal is dismissed for want of
jurisdiction.

 

PER CURIAM

February 22, 2007

Panel
consists of: Wright, C.J., 

McCall, J., and Strange, J.